Cecil M. FERGUSON and William W. Horsman III

v.

ALABAMA DEP'T OF CORR.

2140464

Court of Civil Appeals of Alabama.

03/31/2015

Dismissed

Jim EMERSON

v.

GENERAL ELECTION CONTEST FOR WILCOX CTY. BD. OF EDUC.

2140486

Court of Civil Appeals of Alabama.

03/20/2015

Transferred to Sup. Ct. for lack of subject-matter jurisdiction

L.S.

v.

B.W.

2140489

Court of Civil Appeals of Alabama.

03/30/2015

Transferred to Morgan Cir. Ct. for trial de novo pursuant to Rule 28(D), Ala. R.Juv.P.

EX PARTE Joshua D. JONES

(In re: Joshua D. Jones

v.

Hon. Ben A. Fuller, cir. judge, and the Elmore Cty. Cir. Ct.)

2140491

Court of Civil Appeals of Alabama.

03/24/2015

Mand. pet. dismissed

R.B.C.

v.

J.T.H. and J.H.

2140493

Court of Civil Appeals of Alabama.

03/24/2015

Dismissed